NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DURAMED PHARMACEUTICALS, INC.,**
*Plaintiff-Appellee,*

v.

**WATSON LABORATORIES, INC.,**
*Defendant-Appellant.*

---

2010-1331

---

Appeal from the United States District Court for the District of Nevada in case no. 05-CV-0116, Judge Larry R. Hicks.

---

**ON MOTION**

---

**ORDER**

Duramed Pharmaceuticals, Inc. and Watson Laboratories, Inc. respectfully and jointly move for a 21-day extension of time, until September 2, 2010, for Duramed to file its answering brief, and for a 14-day extension of time, until September 30, 2010, for Watson to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 1 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Charanjit Brahma, Esq.
     Mark T. Jansen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 0 2010

JAN HORBALY
CLERK